**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18535-PSH |
| | § | |
| JESUS CARDONA, Jr. | § | |
| RHONDA V. CARDONA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/08/2014, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/14/2014          By: /s/ David P. Leibowitz
                                       Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18535-PSH |
| | § | |
| JESUS CARDONA, Jr. | § | |
| RHONDA V. CARDONA | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $3,000.00
*and approved disbursements of* $24.42
*leaving a balance on hand of[1]:* $2,975.58

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,975.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $750.00 | $0.00 | $750.00 |
| David P. Leibowitz, Trustee Expenses | $29.32 | $0.00 | $29.32 |

Total to be paid for chapter 7 administrative expenses: $779.32
Remaining balance: $2,196.26

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,196.26

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,196.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,956.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $8,838.20 | $0.00 | $607.42 |
| 2 | eCAST Settlement Corporation, assignee | $23,118.19 | $0.00 | $1,588.84 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,196.26 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

UST Form 101-7-NFR (10/1/2010)

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jesus Cardona, Jr.  
Rhonda V. Cardona  
    Debtors

Case No. 13-18535-PSH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: adragonet     Page 1 of 2     Date Rcvd: Apr 15, 2014  
                     Form ID: pdf006    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2014.

```
db/jdb        +Jesus Cardona, Jr.,    Rhonda V. Cardona,    910 S. Michigan,   Apartment 815,
                Chicago, IL 60605-2272
20426803       BAC Home Loans Servicing LP,    PO Box 65007,    Dallas, TX 75265
20426805      +Bank Of America, N.A.,    401 N. Tryon Street,    NC1-021-02-20,    Charlotte, NC 28255-0001
20426804      +Bank of America,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
20426813     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citicorp Credit Services *,    ATTN: Internal Recovery; Centralized Bk,
                P.O. Box 20507,    Kansas City, MO 64195)
20426807      +Capital One,    26525 N Riverwoods Boulevard,    Mettawa, IL 60045-3438
20426810      +Chase,    ATTN: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
20426811     #+Citibank N.A.,    Citi Corp Credit Services/Attn:Centraliz,    7920 Nw 110th Street,
                Kansas City, MO 64153-1270
20426812      +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
20426816       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20426817      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20426818      +GM Card,    c/o HSBC Bankruptcy Department,    P.O. Box 5213,    Chicago, IL 60697-0001
20426819      +HSBC,    Po Box 5213,    Carol Stream, IL 60197-5213
20426821      +HSBC,    Attn: CLM FAP,    2929 Walden Avenue,    Depew, NY 14043-2690
20426820      +HSBC,    One HSBC Center,    Buffalo, NY 14203-2885
20426822      +Hsbc Bank,    Hsbc Card Services / Attn: Bankruptcy De,    Po Box 5204,
                Carol Stream, IL 60197-5204
20426823      +Macy's,    Po Box 183083,    Columbus, OH 43218-3083
20426824      +Macy's Inc.,    9111 Duke Boulevard,    Mason, OH 45040-8999
20426825      +Macys,    9111 Duke Boulevard,    Mason, OH 45040-8999
20484214      +Marshfield Town Clerk,    122 School Street #1,    Marshfield, VT 05658-8254
20426826      +Michigan Avenue Lofts Condo Association,    910 S. Michigan Avenue, Unit #815,
                Chicago, IL 60605-2272
20484215      +Orkin,    5336 W. 124th Street,    Alsip, IL 60803-3205
20426827      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21057648       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20426809       Fax: 888-777-2057 Apr 16 2014 01:29:44     Cco Mortgage Corp.,    10561 Telegraph Road,
                Glen Allen, VA 23059
20426808      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2014 01:06:21     Capital One, N.A. *,
                c/o American Infosource,    P.O Box 54529,    Oklahoma City, OK 73154-1529
20426814       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2014 01:06:22     Discover Financial Services,
                2500 Lake Cook Rd.,    Deerfield, IL 60015
20426815       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2014 01:06:22
                Discover Financial Services LLC,    Po Box 15316,    Wilmington, DE 19850
20898841       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 16 2014 01:06:22     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 5
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20426806*     +Bank Of America, N.A. *,    401 N. Tryon Street,    NC1-021-02-20,    Charlotte, NC 28255-0001
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2014                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: adragonet              Page 2 of 2                  Date Rcvd: Apr 15, 2014
                              Form ID: pdf006              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2014 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor   Federal National Mortgage Association("Fannie Mae")
               Creditor c/o Seterus, Inc. northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Joel P Fonferko    on behalf of Creditor   RBS CITIZENS NA ND-One@il.cslegal.com
              Mohammed O Badwan    on behalf of Debtor Jesus  Cardona, Jr. mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Mohammed O Badwan    on behalf of Joint Debtor Rhonda V. Cardona mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```