## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | Case No. 13-18535-PSH |
|---|---|---|
|  | § |  |
| JESUS CARDONA, Jr. | § |  |
| RHONDA V. CARDONA | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $450,574.73 | Assets Exempt: | $129,358.96 |
| Total Distributions to Claimants: | $2,196.26 | Claims Discharged Without Payment: | $154,656.13 |
| Total Expenses of Administration: | $803.74 | | |

3)   Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $521,250.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $803.74 | $803.74 | $803.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $157,131.00 | $31,956.39 | $31,956.39 | $2,196.26 |
| **Total Disbursements** | $678,381.00 | $32,760.13 | $32,760.13 | $3,000.00 |

4). This case was originally filed under chapter 7 on 04/30/2013. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2014     By:   /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 509 La Moille Road Section 18, Lots 93 and 94 Sublette, Illinois 61367 Mobile Home with 2nd Lot 1996 Breckenridge Value | 1110-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans Servicing LP | 4120-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 4120-000 | $296,008.00 | $0.00 | $0.00 | $0.00 |
| | CCO Mortgage Corp | 4110-000 | $225,242.00 | $0.00 | $0.00 | $0.00 |
| | Michigan Avenue Lofts Condo | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$521,250.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $29.32 | $29.32 | $29.32 |
| Green Bank | 2600-000 | NA | $24.42 | $24.42 | $24.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$803.74** | **$803.74** | **$803.74** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $9,117.00 | $8,838.20 | $8,838.20 | $607.42 |
| 2 | eCAST Settlement Corporation, assignee | 7100-900 | $23,118.00 | $23,118.19 | $23,118.19 | $1,588.84 |
| | Bank of America | 7100-000 | $7,322.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One, N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One, N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cco Mortgage Corp. | 7100-000 | $75,242.00 | $0.00 | $0.00 | $0.00 |
| | Citibank N.A. | 7100-000 | $28,993.00 | $0.00 | $0.00 | $0.00 |
| | Citibank N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citicorp Credit Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Discover Financial Services LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Equifax Information Services, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Experian Information Solutions, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GM Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HSBC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | HSBC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc Bank | 7100-000 | $13,165.00 | $0.00 | $0.00 | $0.00 |
| | Macy's | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Macys | 7100-000 | $174.00 | $0.00 | $0.00 | $0.00 |
| | Trans Union LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $157,131.00 | $31,956.39 | $31,956.39 | $2,196.26 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-18535-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARDONA, Jr., JESUS AND CARDONA, RHONDA V. | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 6/13/2014 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 11/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  910 S. Michigan Avenue Apartment 815 Chicago, Illinois 60605 Condominium Value Per Zillow.com Purchased in May 2005 | $299,500.00 | $3,492.00 | | $0.00 | FA |
| 2  5841 S. Indiana Avenue Chicago, Illinois 60637 Multiple Family Home Value Per Comps Purchased In September 2010 | $150,000.00 | $0.00 | | $0.00 | FA |
| 3  509 La Moille Road Section 18, Lots 93 and 94 Sublette, Illinois 61367 Mobile Home with 2nd Lot 1996 Breckenridge Value Per Comps Purchased In August 1998 | $23,750.00 | $0.00 | | $3,000.00 | FA |
| 4  Lot 9 and 10 at Marshfield Pond Property Quit-Claim Deeded to Debtor | $0.00 | $0.00 | | $0.00 | FA |
| 5  Cash | $700.00 | $0.00 | | $0.00 | FA |
| 6  Bank Of America Checking Account | $13.50 | $0.00 | | $0.00 | FA |
| 7  Bank Of America Checking Account | $24.73 | $24.73 | | $0.00 | FA |
| 8  Farmers State Bank Savings Account | $1.73 | $0.00 | | $0.00 | FA |
| 9  TCF Checking | $25.00 | $0.00 | | $0.00 | FA |
| 10 Credit Union Checking Account | $200.00 | $0.00 | | $0.00 | FA |
| 11 Furniture and Appliances Condominium | $1,955.00 | $0.00 | | $0.00 | FA |
| 12 Furniture and Appliances Trailer | $1,050.00 | $1,050.00 | | $0.00 | FA |
| 13 Personal Items | $500.00 | $0.00 | | $0.00 | FA |
| 14 Clothing/Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 15 Jewelry | $1,200.00 | $0.00 | | $0.00 | FA |
| 16 Bicycle and Guitar | $200.00 | $0.00 | | $0.00 | FA |
| 17 Banner Life Insurance Company Term Life Insurance No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 18 Federal Employees Insurance Term Life Insurance No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 19 Cuna Mutual Insurance Society Inc. Term Life Insurance No Cash Value | $0.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-18535-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARDONA, Jr., JESUS AND CARDONA, RHONDA V. | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 6/13/2014 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 11/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 20 Allstate Insurance Term Life Insurance No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 21 H.S.P.S. National Retirement Counseling System | $94,085.00 | $0.00 | | $0.00 | FA |
| 22 2001 Ford Crown Victoria with 152,645 Miles Value Per KBB, PPV | $2,109.00 | $0.00 | | $0.00 | FA |
| 23 2001 Chevrolet Cavalier with 226,750 Miles Value Per KBB, PPV | $2,704.00 | $0.00 | | $0.00 | FA |
| 24 2 Parakeets | $50.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| $578,567.96 | $4,566.73 | | $3,000.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/14/2014 | TFR hearing set for 5/8/2014 |
| 02/21/2014 | TFR Completed for Trustee's review. |
| 09/11/2013 | Prepared motion to sell estate's interest and compromise controversy. |
| 08/23/2013 | Received $3,000.00 |
| 08/06/2013 | DA would like to settle matter for $2,000.00 |
| 07/17/2013 | Order Granding Motion for Rule 2004 Examination; Extend Objection Deadline and Discharge Date |
| 06/25/2013 | Debtor claimed exemptions on property in Sublette however she lives at 910 Michigan. Debtors are registered to vote using property on Michigan. We need to hold 2004 right away to determine exactly where the debtors live - Object to Exemptions within 30 days |
| | Debtor cannot live in one property and claim exemptions on another. |
| | Continued to 7-18-13 @ 4 |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-18535-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CARDONA, Jr., JESUS AND CARDONA, RHONDA V. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2271 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | **-***2272 | Account Title: | |
| For Period Beginning: | 4/30/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/13/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2013 | (3) | Michael Castrogiovani | Payment for Equity on Debtor's asset | 1110-000 | $3,000.00 | | $3,000.00 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.62 | $2,999.38 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.37 | $2,995.01 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.83 | $2,990.18 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.82 | $2,985.36 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.66 | $2,980.70 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.12 | $2,975.58 |
| 05/09/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $750.00 | $2,225.58 |
| 05/09/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $29.32 | $2,196.26 |
| 05/09/2014 | 3003 | Discover Bank | Claim #: 1; Amount Claimed: 8,838.20; Amount Allowed: 8,838.20; Distribution Dividend: 6.87; | 7100-900 | | $607.42 | $1,588.84 |
| 05/09/2014 | 3004 | eCAST Settlement Corporation, assignee | Claim #: 2; Amount Claimed: 23,118.19; Amount Allowed: 23,118.19; Distribution Dividend: 6.87; | 7100-900 | | $1,588.84 | $0.00 |
| | | | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $3,000.00 | $3,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,000.00 | $3,000.00 | |

**For the period of 4/30/2013 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/29/2013 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2
Case 13-18535 Doc 38 Filed 07/11/14 Entered 07/11/14 10:55:03 Desc Main
Document Page 8 of 8
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| **Case No.** | 13-18535-PSH | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | CARDONA, Jr., JESUS AND CARDONA, RHONDA V. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2271 | **Checking Acct #:** | ******3501 |
| **Co-Debtor Taxpayer ID #:** | **-***2272 | **Account Title:** | |
| **For Period Beginning:** | 4/30/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/13/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,000.00 | $3,000.00 | $0.00 |

**For the period of 4/30/2013 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/30/2013 to 6/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ